No. 158. CORNELIA G. GOODRICH ET AL. *v.* WEST LUMBER COMPANY. Error to the Supreme Court of the State of Texas. Motion to dismiss or affirm submitted October 4, 1921. Decided October 10, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the ground that there is no federal question presented in the record. *Gasquet* v. *Lapeyre,* 242 U. S. 367, 369–370. *Mr. Hannis Taylor* for plaintiffs in error. *Mr. H. M. Garwood* for defendant in error.

No. 301. CHARLES O'CONNOR ET AL. *v.* JOHN SLAKER, ACTING ADMINISTRATOR, ETC., ET AL. Error to the Supreme Court of the State of Nebraska. Motion to dismiss or affirm submitted October 4, 1921. Decided October 10, 1921. *Per Curiam.* Dismissed for want of jurisdiction on the ground that there is no federal question presented in the record. *Gasquet* v. *Lapeyre,* 242 U. S. 367, 369–370. *Mr. James M. Johnson* for plaintiffs in error. *Mr. Henry H. Wilson, Mr. Elmer J. Burkett* and *Mr. W. T. Thompson* for defendants in error.